Dear Chief Judge Reeves,

I'm writing to you to convey my sincere regret for not telling the Bank the truth about my financial condition and committing the crime of Bank Fraud. I am aware of the seriousness of my offense and the damage it did to the community and the Bank.

Since I am the main and only provider for my family, I respectfully ask for mercy in the sentencing process. My actions have had a significant negative impact on my wife, daughter and entire family. Both my Mother-in-Law and Parents are advanced in age, and I am afraid of the toll this has taken on them. I am profoundly sorry for the suffering and sorrow I have brought upon them. I'll have a long, difficult path to travel before I earn back any respect and faith from my friends and family.

I'm devoted to owning up to my mistakes and making amends. I'm prepared to go to any lengths ordered by this Court and reimburse the Bank for the money I owe them. I work hard and I have an excellent job with one of the largest energy companies in the world. I have projects that will keep me busy and earning a substantial income for the next several years. If the Court deems it appropriate, I would be able to keep working, support my family, and payback the required restitution.

I pledge to do all within my power to put things right and guarantee that this kind of behavior won't occur again.

Thank you for taking into account my request for leniency.

Sincerely,

*Chris Custer*

Chris Custer